# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT B. OLSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | |
| NANCY PELOSI, in her official ) | |
| capacity as Speaker of the United ) | |
| States House of Representatives, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to Civil Local Rule 83.2(d), Plaintiff moves for the admission and appearance of attorney Patrick M. McSweeney pro hac vice in the above-entitled action. This motion is supported by the Declaration of Patrick M. McSweeney, filed herewith. As set forth in Mr. McSweeney's declaration, he is admitted and an active member in good standing the following courts and bars: the Virginia Bar, the Fourth Circuit Court of Appeals, the other courts . This motion is supported and signed by Charles Burnham, an active and sponsoring member of the Bar of this Court.

DATED:  March 23, 2022.                     Respectfully Submitted,


                                            _____/s/_____
                                            Charles Burnham, Esq.
                                            DC Bar #
                                            1424 K St. NW Suite 500
                                            Washington, D.C. 20005
                                            202.386.6920
                                            202.390.7587 F
                                            charles@burnhamgorokhov.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT B. OLSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| NANCY PELOSI, in her official | ) |
| capacity as Speaker of the United | ) |
| States House of Representatives, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF PATRICK M. MCSWEENEY
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Patrick M. McSweeney, hereby declare:

1. My name, office address, and telephone number are as follows:

   Patrick M. McSweeney
   McSweeney, Cynkar & Kachouroff, PLLC
   13649 Office Place, Suite 101
   Woodbridge, Virginia 22192
   (703) 621-3300
   (804) 937-0895
   patrick@mck-lawyers.com

2. I have been admitted to the following courts and bars:

   The Virginia State Bar (1970) #05669
   Supreme Court of Virginia
   United States Supreme Court
   United States Court of Appeals for the Fourth Circuit
   United States Court of Appeals for the Second Circuit
   United States Court of Appeals for the Federal Circuit
   United States Court of Appeals for Veterans Claims
   United States District Court for the Eastern District of Virginia United States District Court for the Western District of Virginia

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have not been disciplined by any bar.

4. In 2016, I was previously admitted *pro hac vice* for one case in this Court. I do not currently have any active cases in this Court nor do I regularly practice before the Court.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  March 23, 2022.         By _____

Patrick M. McSweeney
**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**
Patrick M. McSweeney*
Christopher I. Kachouroff*
13649 Office Place, suite 101
Woodbridge, VA 23139
Telephone: (804) 937-0895
patrick@mck-lawyers.com
chris@mck-lawyers.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT B. OLSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| NANCY PELOSI, in her official | ) |
| capacity as Speaker of the United | ) |
| States House of Representatives, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

# ORDER GRANTING MOTION FOR ADMISSION OF
# ATTORNEY PATRICK M. MCSWEENEY *PRO HAC VICE*

This Court has reviewed the Plaintiff's Motion for Admission of attorney Patrick M. McSweeney *pro hac vice*. Upon consideration of that motion, the Court grants attorney Patrick M. McSweeney pro hac vice admission to this Court.

**IT IS SO ORDERED.**


Dated: _____          _____
                                  United States District Judge