IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT B. OLSEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY PELOSI, in her official )<br>capacity as Speaker of the United )<br>States House of Representatives, et al. )<br>)<br>)<br>Defendants. ) | Case No. _____ |

**MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil Local Rule 83.2(d), Plaintiff moves for the admission and appearance of attorney Christopher I. Kachouroff pro hac vice in the above-entitled action. This motion is supported by the Declaration of Christopher I. Kachouroff, filed herewith. As set forth in Mr. Kachouroff's declaration, he is admitted and an active member in good standing the following courts and bars: the Virginia Bar, the Fourth Circuit Court of Appeals, and other courts. This motion is supported and signed by Charles Burnham, an active and sponsoring member of the Bar of this Court.

DATED:  March 23, 2022.                    Respectfully Submitted,


                                _____/s/_____
                                Charles Burnham, Esq.
                                DC Bar #
                                1424 K St. NW Suite 500
                                Washington, D.C. 20005
                                202.386.6920
                                202.390.7587 F
                                charles@burnhamgorokhov.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT B. OLSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| NANCY PELOSI, in her official | ) |
| capacity as Speaker of the United | ) |
| States House of Representatives, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF CHRISTOPHER I. KACHOUROFF
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Patrick M. McSweeney, hereby declare:

1. My name, office address, and telephone number are as follows:

   Christopher I. Kachouroff
   McSweeney, Cynkar & Kachouroff, PLLC
   13649 Office Place, Suite 101
   Woodbridge, Virginia 22192
   (703) 621-3300
   (804) 937-0895
   chris@mck-lawyers.com

2. I have been admitted to the following courts and bars:

   The Virginia State Bar (1999) #44216
   Supreme Court of Virginia
   United States Court of Appeals for the Fourth Circuit
   United States Court of Federal Claims
   United States District Court for the Eastern District of Virginia

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court. I do not regularly practice before the Court.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 23, 2022.                              By _____
                                                    Christopher I. Kachouroff
                                                    **MCSWEENEY, CYNKAR &**
                                                    **KACHOUROFF, PLLC**
                                                    Patrick M. McSweeney*
                                                    Christopher I. Kachouroff*
                                                    13649 Office Place, suite 101
                                                    Woodbridge, VA 23139
                                                    Telephone: (804) 937-0895
                                                    patrick@mck-lawyers.com
                                                    chris@mck-lawyers.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT B. OLSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | |
| NANCY PELOSI, in her official ) | |
| capacity as Speaker of the United ) | |
| States House of Representatives, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION FOR ADMISSION OF
## ATTORNEY PATRICK M. MCSWEENEY *PRO HAC VICE*

This Court has reviewed the Plaintiff's Motion for Admission of attorney Christopher I. Kachouroff *pro hac vice.* Upon consideration of that motion, the Court grants attorney Christopher I. Kachouroff pro hac vice admission to this Court.

**IT IS SO ORDERED.**

Dated: _____   _____
United States District Judge