IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KURT B. OLSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   1:22-cv-00807 |
| | ) | |
| NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives, et al. | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF COMPLIANCE WITH MINUTE ORDER**

This Court entered a Notice of Error on March 25, 2021 noting a deficiency in Plaintiff's complaint and asking for a correction by the end of the day.  The notice stated it had been emailed to counsel however, undersigned counsel did not receive such email to inbox or spam.  Plaintiff did not receive notice of the deficiency until the show cause order issued March 31.

Plaintiff has now corrected those deficiencies by placing the official address of Defendants in the caption and by filing a Notice for Plaintiff's address to remain under seal.

DATED:  April 4, 2022.                    Respectfully Submitted,

Charles Burnham, Esq.
DC Bar # 1003464
1424 K St. NW Suite 500
Washington, D.C. 20005
202.386.6920
202.390.7587 F
charles@burnhamgorokhov.com

Patrick M. McSweeney
**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**
Patrick M. McSweeney*

Christopher I. Kachouroff*
13649 Office Place, suite 101
Woodbridge, VA 23139
Telephone: (804) 937-0895
patrick@mck-lawyers.com
chris@mck-lawyers.com
*Counsel for Plaintiff Kurt B. Olsen*

***\* To be admitted Pro Hac Vice***