IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT B. OLSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 1:22-cv-00807-CJN |
| ) | |
| NANCY PELOSI, in her official ) | |
| capacity as Speaker of the United ) | |
| States House of Representatives, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF SERVICE ON DEFENDANTS**

I, Christopher Kachouroff, do hereby certify that based on my knowledge, information, and belief, the following statements are true and correct:

1. I electronically served a true and correct .pdf copy of the Complaint and Summons by email to Mr. Douglas Letter who agreed to accept and did accept electronic service of process for all Congressional Defendants.

2. Mr. Letter is General Counsel in the Office of General Counsel for the U.S. House of Representatives.

3. Mr. Letter stated that he had authority to accept service on behalf of the congressional defendants. However, Mr. Letter stated that he did not have the authority to waive Rule 4(i).

4. Pursuant to Rule 4(i), Mr. Matthew Graves, U.S. Attorney for the District of Columbia and Attorney General Merrick Garland were sent via certified mail a copy of the Summonses and Complaint. *See* Exhibit A attached.

Under penalties of perjury, I declare that I have read the foregoing affidavit, and that the facts stated in it are true and correct.

Dated this 7th day of April, 2022.

_____
Christopher I. Kachouroff
Co-counsel for Plaintiff

DATED:  May 18, 2022.                                Respectfully Submitted,

_____/s/_____
Charles Burnham, Esq.
DC Bar # 1003464
1424 K St. NW Suite 500
Washington, D.C. 20005
202.386.6920
202.390.7587 F
charles@burnhamgorokhov.com

Patrick M. McSweeney
**MCSWEENEY, CYNKAR &
KACHOUROFF, PLLC**
Patrick M. McSweeney*
Christopher I. Kachouroff*
13649 Office Place, suite 101
Woodbridge, VA 22192
Telephone: (703) 621-2220
patrick@mck-lawyers.com
chris@mck-lawyers.com

* *Pro Hac Vice Order Pending*

*Counsel for Plaintiff*

**CERTIFIED MAIL RECEIPTS**



