IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT B. OLSEN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:22-cdv-00807-CJN |
| ) | |
| NANCY PELOSI, in her official capacity ) | |
| as Speaker of the United States House of ) | |
| Representatives, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff ("Movant"), by counsel, moves the Court pursuant to F.R.CIV.P. 65 and Local Rule 65.1 for an order granting him a preliminary injunction against the enforcement of a subpoena issued on March 1, 2022, by Defendant Bennie G. Thompson pending the disposition by this Court of the Amended Complaint filed in this action. Movant relies upon his verified Amended Complaint and his declaration, which is attached as an exhibit to the accompanying Memorandum in Support of Plaintiff's Motion for Preliminary Injunction. The grounds for this Motion are set forth in the accompanying memorandum.

Respectfully submitted,

**KURT B. OLSEN**

By_____/S/_____

| | |
|---|---|
| Patrick M. McSweeney* | Charles Burnham, Esq. |
| Christopher I. Kachouroff* | DC Bar # 1003464 |
| **MCSWEENEY, CYNKAR & KACHOUROFF, PLLC** | **BURNHAM & GOROKHOV, PLLC** |
| 13649 Office Place, suite 101 | 1424 K St. NW Suite 500 |
| Woodbridge, VA 22192 | Washington, D.C. 20005 |
| Telephone: (804) 937-0895 | 202.386.6920 |
| patrick@mck-lawyers.com | 202.390.7587 F |
| chris@mck-lawyers.com | charles@burnhamgorokhov.com |
| * *Pro hac vice motion pending* | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I do hereby certify that on the 18th of May 2022, I emailed a true and correct copy of the foregoing Motion and Memorandum in support to the opposing parties or their counsel.

By_____/S/_____
Charles Burnham, Esq.
DC Bar # 1003464
**BURNHAM & GOROKHOV, PLLC**
1424 K St. NW Suite 500
Washington, D.C. 20005
202.386.6920
202.390.7587 F
charles@burnhamgorokhov.com
*Counsel for Plaintiff*