# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT B. OLSEN, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>NANCY PELOSI, in her official )<br>capacity as Speaker of the United )<br>States House of Representatives, et al. )<br>)<br>)<br>      Defendants. ) | Case No. 1:22-cv-00807-CJN |

## NOTICE OF APPEARANCE

**TO:** The Clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Kurt B. Olsen.

Date: 05/19/2022

By_____/S/_____

Christopher I. Kachouroff *
VSB# 44216
**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**
13649 Office Place, suite 101
Woodbridge, VA 22192
Telephone: (703) 853-0160
chris@mck-lawyers.com
* *Pro hac vice*

## CERTIFICATE OF SERVICE

I do hereby certify that on the 19th of May 2022, I emailed a true and correct copy of the foregoing Notice of Appearance to the opposing parties or their counsel.

By_____/S/_____
Christopher I. Kachouroff