IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT B. OLSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00807-CJN |
| ) | |
| NANCY PELOSI, in her official ) | |
| capacity as Speaker of the United ) | |
| States House of Representatives, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

**TO:** The Clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Kurt B. Olsen.

Date: 05/20/2022

By_____/S/_____

Patrick M. McSweeney *
VSB# 5669
**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**
13649 Office Place, suite 101
Woodbridge, VA 22192
Telephone: (804) 937-0895
patrick@mck-lawyers.com
* *Pro hac vice*

## CERTIFICATE OF SERVICE

I do hereby certify that on the 20th of May 2022, I emailed a true and correct copy of the foregoing Notice of Appearance to the opposing parties or their counsel.

By_____/S/_____
Patrick M. McSweeney