IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KURT B. OLSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-00807-CJN |
| | ) | |
| NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives, et al. | ) ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Plaintiff and Defendants, through their undersigned counsel, submit the following Joint Status Report as required by the Court's minute order of May 19, 2022. Per the Court's order, the parties have conferred regarding the status of this litigation and submit the following statement of their agreement.

The Parties have agreed that Defendants will file their response to Plaintiff's motion for a preliminary injunction by June 28. Plaintiff's reply is due by July 12.

Unless the Court believes that a hearing would assist it in resolving the legal issues, the Parties agree that no hearing is necessary.

Defendants reserve the right to contest various factual allegations made in Plaintiff's Compliant and motion for Preliminary Injunction. Defendants do not, however, believe that any such disputes will concern material facts, the resolution of which would require an evidentiary hearing.

Date: 05/23/2022                                             Respectfully submitted,

                                                             **KURT B. OLSEN**


                                                             By_____/s/_____
                                                                  Christopher I. Kachouroff, Esq.

Patrick M. McSweeney*                          Charles Burnham, Esq.
Christopher I. Kachouroff*                     DC Bar # 1003464
**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**       **BURNHAM & GOROKHOV, PLLC**
13649 Office Place, suite 101                  1424 K St. NW Suite 500
Woodbridge, VA 22192                           Washington, D.C. 20005
Telephone: (804) 937-0895                      202.386.6920
patrick@mck-lawyers.com                        202.390.7587 F
chris@mck-lawyers.com                          charles@burnhamgorokhov.com

* *Admitted pro hac vice*                      *Counsel for Plaintiff*


# CERTIFICATE OF SERVICE

   I do hereby certify that on the 223rd of May 2022, I caused the foregoing Joint Status Report to be filed via the CM/ECFG system which automatically serves copies on opposing parties and I also emailed a true and correct copy of the Joint Status Report to the opposing parties or their counsel of record being:

   Douglas N. Letter (D.C. Bar No. 253492)
   Office of General Counsel
   U.S. House of Representatives
   5140 O'Neill House Office Building
   Washington, D.C. 20515
   (202) 225-9700
   Douglas.Letter@mail.house.gov

   *Counsel for Congressional Defendants*

By _____/s/_____
Christopher I. Kachouroff, Esq.