IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT B. OLSEN, *Plaintiff*, v. NANCY PELOSI, et al. *Defendants*. | No. 1:22-cv-00807-CJN |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND**

Pursuant to Local Rule 7 and the Court's Standing Order for Civil Cases (ECF No. 11), Defendants the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, and the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol move for an extension of time to respond to Plaintiff's Complaint.

Plaintiff Kurt B. Olsen filed his Complaint (ECF No. 1) on March 24, 2022. Pursuant to Federal Rule of Civil Procedure 12(a)(3), the response to Plaintiff's Complaint is currently due on June 9, 2022, 60 days after service of the summons and original complaint on the U.S. Attorney for the District of Columbia, *see* ECF No. 11, plus an additional three days added pursuant to Federal Rule of Civil Procedure 6(d) due to service having been made by mail.

Defendants seek a 19-day extension of the deadline to respond to the Complaint, until **June 28, 2022**. Such extension will align Defendants' response date with the due date for their

1

response to Plaintiff's Motion for Preliminary Injunction.  *See* Minute Order (May 24, 2022). No other extensions of time have been sought in this case and there are no existing deadlines that will be affected by the granting off this motion.

     Pursuant to Local Rule 7(m), counsel conferred about a proposed extension of time, and Plaintiff consents to the requested extension.

                                Respectfully submitted,

                                /s/ *Douglas N. Letter*
                                DOUGLAS N. LETTER
                                  *General Counsel*
                                TODD B. TATELMAN
                                  *Principal Deputy General Counsel*
                                ERIC R. COLUMBUS
                                  *Special Litigation Counsel*
                                MICHELLE S. KALLEN
                                  *Special Litigation Counsel*
                                STACIE M. FAHSEL
                                  *Associate General Counsel*

                                OFFICE OF GENERAL COUNSEL
                                U.S. HOUSE OF REPRESENTATIVES
                                5140 O'Neill House Office Building
                                Washington, D.C.  20515
                                (202) 225-9700
                                Douglas.Letter@mail.house.gov

                                *Counsel for Defendants*

June 3, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*___
Douglas N. Letter