IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT B. OLSEN,<br><br>                       *Plaintiff*,<br><br>     v.<br><br>NANCY PELOSI, et al.<br><br>                     *Defendants*. | No. 1:22-cv-00807-CJN |

**[Proposed] ORDER GRANTING CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND**

It is ORDERED that the consent motion of Defendants the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, and the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol for a 19-day extension of the deadline to respond to Plaintiff's Complaint is GRANTED.

Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is extended to June 28, 2022.

It is so ORDERED.

Dated: _____                                                            _____
                                                                                Judge Carl J. Nichols
                                                                                UNITED STATES DISTRICT COURT JUDGE