IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT B. OLSEN,<br><br>               *Plaintiff*,<br><br>      v.<br><br>NANCY PELOSI, et al.,<br><br>               *Defendants*. | Case No. 1:22-CV-00807-CJN |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Motion for a Preliminary Injunction, and the Opposition of Defendants, including Defendants' Motion to Dismiss, and the entire record herein, it is hereby

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction is **DENIED;**

Defendants' Motion to Dismiss is **GRANTED**;

and it is further

**ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE.**

**SO ORDERED**.

Dated: _____

                                                                THE HONORABLE CARL J. NICHOLS
                                                                United States District Judge