IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KURT B. OLSEN,

    *Plaintiff*,

v.

NANCY PELOSI, et al.,

    *Defendants*.

Case No. 1:22-CV-00807-CJN

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Motion for a Preliminary Injunction, and the Opposition of Defendants, including Defendants' Motion to Dismiss, and the entire record herein, it is hereby

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction is **DENIED;**

Defendants' Motion to Dismiss is **GRANTED**;

and it is further

**ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE.**

**SO ORDERED**.


Dated: _____

                                                         THE HONORABLE CARL J. NICHOLS
                                                        United States District Judge