IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT B. OLSEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> NANCY PELOSI *et al.,*  Defendants. ) <br> ) <br> _____ ) | Case No. 1:22-CV-00807-CJN |

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's Motion for Preliminary Injunction, and the Opposition of Defendants, including the entire record herein, it is herby

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction is **GRANTED.**

**SO ORDERED.**


Dated: _____                    _____
                                   THE HONORABLE CARL J. NICHOLS
                                   United States District Judge