# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT B. OLSEN, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>NANCY PELOSI, in her official )<br>capacity as Speaker of the United )<br>States House of Representatives, et al. )<br>)<br>)<br>      Defendants. ) | Case No. 1:22-CV-00807-CJN |

## NOTICE OF ERRATA TO
## REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S
## MOTION FOR PRELIMINARY INJUNCTION

The plaintiff, Kurt B. Olsen, respectfully submits this errata to his Reply Memorandum in Support of Plaintiff's Motion for Preliminary Injunction ("Reply"), which was filed on July 13, 2022, at Docket No. 24, in order to correct an inadvertent clerical error. On page one, the Reply failed to include Plaintiff's request for an oral hearing and that Plaintiff would be filing an opposition to Defendants' Motion to Dismiss. Attached to this Notice is the first page errata that replaces the first page filed at Docket No. 24.

Dated: July 13, 2022           Respectfully submitted,

**KURT B. OLSEN**

By_____/s/_____

| | |
|---|---|
| Patrick M. McSweeney<br>**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**<br>Patrick M. McSweeney*<br>Christopher I. Kachouroff*<br>13649 Office Place, suite 101<br>Woodbridge, VA 22192<br>Telephone: (804) 937-0895<br>patrick@mck-lawyers.com<br>chris@mck-lawyers.com | Charles Burnham, Esq.<br>DC Bar # 1003464<br>**BURNHAM & GOROKHOV, PLLC**<br>1424 K St. NW Suite 500<br>Washington, D.C. 20005<br>202.386.6920<br>202.390.7587 F<br>charles@burnhamgorokhov.com |
| * Admitted *pro hac vice* | *Counsel for Plaintiff* |