IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT B. OLSEN,                               )<br>                                                          )<br>           Plaintiff,                            )<br>                                                          )<br>v.                                                     )<br>                                                          )<br>NANCY PELOSI, in her official        )<br>capacity as Speaker of the United  )<br>States House of Representatives, et al.  )<br>                                                          )<br>                                                          )<br>           Defendants.                      ) | Case No. 1:22-CV-00807-CJN |

**REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff submits this Reply to Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction and will file his opposition to Defendants' Motion to Dismiss when due. Plaintiff respectfully requests that the Court conduct a hearing on his Motion for Preliminary Injunction.

Plaintiff will file his Opposition to Defendants' Motion to Dismiss when due. He requests a hearing on his Motion for preliminary Injunction.

| | |
|---|---|
| Patrick M. McSweeney<br>**McSweeney, Cynkar & Kachouroff, PLLC**<br>Patrick M. McSweeney*<br>Christopher I. Kachouroff*<br>13649 Office Place, suite 101<br>Woodbridge, VA 22192<br>Telephone: (804) 937-0895<br>patrick@mck-lawyers.com<br>chris@mck-lawyers.com | Charles Burnham, Esq.<br>DC Bar # 1003464<br>**Burnham & Gorokhov, PLLC**<br>1424 K St. NW Suite 500<br>Washington, D.C. 20005<br>202.386.6920<br>202.390.7587 F<br>charles@burnhamgorokhov.com |

* Admitted *pro hac vice*