IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT B. OLSEN,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>NANCY PELOSI, in her official  )<br>capacity as Speaker of the United  )<br>States House of Representatives, et al.  )<br>  )<br>  )<br>   Defendants.  ) | Case No. 1:22-cv-00807-CJN |

### MOTION FOR LEAVE FOR ENLARGEMENT OF TIME
### TO FILE OPPOSITION TO MOTION TO DISMISS

Plaintiff moves the Court for an Order granting him leave and an enlargement of time to file his Opposition to Defendants' Motion to Dismiss on July 25. 2022.

Defendants have consented to this Motion.

Date: 05/23/2022                                                                 Respectfully submitted,
**KURT B. OLSEN**


By _____/s/_____
     Patrick M. McSweeney, Esq.

Patrick M. McSweeney*                                    Charles Burnham, Esq.
Christopher I. Kachouroff*                               DC Bar # 1003464
**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**    **BURNHAM & GOROKHOV, PLLC**
13649 Office Place, suite 101                            1424 K St. NW Suite 500
Woodbridge, VA 22192                                     Washington, D.C. 20005
Telephone: (804) 937-0895                                202.386.6920
patrick@mck-lawyers.com                                  202.390.7587 F
chris@mck-lawyers.com                                    charles@burnhamgorokhov.com

*Admitted pro hac vice*                                  *Counsel for Plaintiff*