# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT B. OLSEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:22-cv-00807-CJN |
| NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives, et al. | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Leave for Enlargement of Time to File Opposition to Motion to Dismiss and the consent of Defendants, it is

**ORDERED** that Plaintiff's Motion for Leave for Enlargement of Time to File Opposition to Motion to Dismiss is **GRANTED** and Plaintiff will file his Opposition on or before July 25, 2022.

**SO ORDERED.**

Dated: _____

_____
THE HONORABLE CARL J. NICHOLS
United States District Judge