IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT B. OLSEN,  )<br>  )<br>     Plaintiff,   )<br>  )<br>v.    )<br>  )<br>NANCY PELOSI, in her official  )<br>capacity as Speaker of the United  )<br>States House of Representatives, et al.  )<br>  )<br>  )<br>     Defendants.   ) | Case No. 1:22-cv-00807-CJN |

NOTICE OF ERRATA TO
PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS

The plaintiff, Kurt B. Olsen, respectfully submits this errata to his Opposition to Defendants' Motion to Dismiss ("Opposition"), which was filed on July 25, 2022, at Docket No. 27, in order to correct an inadvertent clerical error. The errata is being filed to correct the Opposition's page numbers and to include the Table of Contents that was unintentionally omitted. Attached to this Notice is the errata that replaces the Opposition filed at Docket No. 27.

Dated: July 27, 2022    Respectfully submitted,

  **KURT B. OLSEN**

  By_____/s/_____
     Christopher I. Kachouroff, Esq.

Patrick M. McSweeney*            Charles Burnham, Esq.
Christopher I. Kachouroff*        DC Bar # 1003464
**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**    **BURNHAM & GOROKHOV, PLLC**
13649 Office Place, suite 101      1424 K St. NW Suite 500
Woodbridge, VA 22192             Washington, D.C. 20005
Telephone: (804) 937-0895         202.386.6920
patrick@mck-lawyers.com          202.390.7587 F
chris@mck-lawyers.com            charles@burnhamgorokhov.com
* *Admitted pro hac vice*          *Counsel for Plaintiff*