## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT OLSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.   1:22-cv-00807-CJN |
| v. ) | |
| ) | |
| NANCY PELOSI, et al., ) | **JOINT STIPULATION AND ORDER** |
| ) | **FOR DISMISSAL** |
| Defendants. ) | |

Plaintiff and Defendants hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: December 14, 2022    /s/ Patrick McSweeney
Patrick M. McSweeney
VSB# 5669
McSweeney, Cynkar & Kachouroff, PLLC
3358 John Tree Hill Road
Powhatan, Virginia 23139
(804) 937-0895
patrick@mck-lawyers.com

Dated: December 14, 2022    /s/ Todd B. Tatelman
Todd B. Tatelman
Principal Deputy General Counsel
Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700 telephone
(202) 226-1360 fax

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **it is ordered that this action be, and hereby is, dismissed with prejudice** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: _____, 2022.

_____
**UNITED STATES DISTRICT COURT JUDGE**